## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE

| | | |
|---|---|---|
| JEREMY GHILANI, | : | |
| | : | |
| Plaintiff, | : | Case Number: 2:23-cv-00284-BHL |
| | : | |
| -vs- | : | The Hon. Brett H. Ludwig, Judge |
| | : | The Hon. Nancy Joseph, Magistrate Judge |
| | : | |
| WISCONSIN CENTRAL LTD., | : | |
| a corporation d/b/a "CN", | : | |
| | : | |
| Defendant. | : | |

### PARTIES' STIPULATION TO DISMISS

Plaintiff, Jeremy N. Ghilani, and Defendant, Wisconsin Central Ltd., as evidenced by the signatures of their respective counsel below, stipulate that all matters at issue between them have been fully settled and compromised and that this case should be dismissed with prejudice with each party to bear its own fees and costs.

Dated this 22nd day of August, 2024.

Respectfully submitted,

HUNEGS, LENEAVE & KVAS, P.A.


By:     /s/Paul Banker #1097390
    Randal W. LeNeave, WI Bar #1087683
    Paul Banker, WI Bar #1097390
    Joshua Miller, MN Bar# 0397585
    Mark S. Triola MN ID #0401933
    HUNEGS, LeNEAVE & KVAS, P.A.
    1000 Twelve Oaks Center Drive, Suite 101
    Minneapolis, MN 55391
    Tel: (612) 339-4511
    Fax: (612) 339-5150
    rleneave@hlklaw.com
    pbanker@hlklaw.com
    jmiller@hlklaw.com
    **Attorneys for Plaintiff**
    **Jeremy N. Ghilani**

Respectfully submitted,

FLETCHER & SIPPEL LLC


By:     /s/James D. Helenhouse #1028169
    James D. Helenhouse #1028169
    Thomas C. Paschalis #6300518
    Fletcher & Sippel LLC
    29 North Wacker Drive, Suite 800
    Chicago, IL  60606-2832
    Telephone: (312) 252-1500
    Facsimile:  (312) 252-2400
    jehelenhouse@fletcher-sippel.com
    tpaschalis@fletcher-sippel.com
    **Attorneys for Defendant Wisconsin**
    **Central Ltd.**

1